IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:13-CR-287-WKW |
| | ) | |
| TONY JAMES LEFLORE | ) | |

## **ORDER**

On April 21, 2014, the Magistrate Judge filed a Recommendation in this case. (Doc. # 85.) Plaintiff filed a timely objection on May 5, 2014. (Doc. # 112.) Based upon an independent and *de novo* review of those portions of the Recommendation to which objection is made, 28 U.S.C. § 636(b), it is ORDERED that the objection is OVERRULED, and that the Recommendation of the Magistrate Judge is ADOPTED.

Accordingly, it is ORDERED that Defendant's Motion to Suppress (Doc. # 69) is DENIED. It is further ORDERED that, pursuant to 28 U.S.C. § 636, any remaining issues in this case are REFERRED to the Magistrate Judge for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

DONE this 8th day of May, 2014.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE