IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:13-CR-287-WKW |
| | ) | [WO] |
| TONY JAMES LEFLORE | ) | |

## **ORDER**

Defendant has filed a *pro se* motion for compassionate release in which he seeks to modify an imposed term of imprisonment pursuant to 18 U.S.C. § 3582(c)(1)(A)(i).  (Doc. # 358.)  Defendant was convicted of drug-trafficking charges and was sentenced to 292 months' imprisonment.  (Doc. # 258.)

Upon a thorough review of the record and upon consideration of the 18 U.S.C. § 3553(a) factors, the court concludes that Defendant's motion is due to be denied for the reasons set out in the Government's response. (Doc. # 370.)  Accordingly, it is ORDERED that Defendant's motion for compassionate release (Doc. # 358) is DENIED.

DONE this 23rd day of September, 2020.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE